## KINNEY'S ADMINISTRATOR *v.* R. AND G. LOCKWOOD.

Costs—administrator's liability for—no presumption of error.

As a general rule, the party recovering judgment recovers costs.

Administrators are exempt from this rule, as to liability for costs, in case the suit is brought within eighteen months after the grant of administration, or during the time allowed by the court beyond that period for settlement; but costs may be recovered of them in suits brought after such time, and when the demand sued has been presented ten days before suit and rejected, &c.

A court of error will not presume that the inferior court erred; the error must be shown on the proceeding.

ERROR. The plaintiff sued Lockwood for a demand of his intestate. On trial, he was non suited, and a judgment was rendered against him for costs, to be levied, &c. The error complained of, is the rendering judgment for costs.

*Hopkins*, for the plaintiff.

*E. Andrews*, contra.

WRIGHT, J. The general rule is, that a party recovering judgment shall recover costs. Our administration law excepts administrators from this rule in certain cases. If the suit is brought within eighteen months after the date of the letters of administration, or within the time allowed for the settlement, no costs are recovered. They may be recovered in suits brought after that time, or in suits brought after a year, if the demand has been presented to the administrator, ten days and rejected, and a recovery is had of the amount of the demand rejected; 29 *O. L.* 237. There are cases, therefore, in which a judgment may be rendered against an administrator for costs; and the party who would establish the position, that a court erred in its judgment, should be prepared to show the error on the record. A court of error will not presume an inferior court erred. In this case it nowhere appears, but the case below was one, where the court might give judgment for costs. Judgment affirmed with costs.